

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,402-01

### EX PARTE JAMES ANTHONY GUTIERREZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W366-81270-2021-HC IN THE 366TH DISTRICT COURT FROM COLLIN COUNTY

*Per curiam*. SLAUGHTER, J. filed a concurring opinion.

## O P I N I O N

Applicant was convicted of aggravated assault and sentenced to life imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to timely file a notice of appeal. Based on the record, the trial court has found that counsel failed to timely file a notice of appeal.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction in cause number 366-81270-2021 from the 366th District Court of Collin County. Within ten days

from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:          January 11, 2023
Do not publish